# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SOFIA E. GALVAN DE VALENZUELA**                                                                **PLAINTIFF**

v.                            Case No. 3:19-cv-00314-BSM

**ANDREW SAUL, Commissioner**
**of Social Security Administration**                                                              **DEFENDANT**

## ORDER

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge J. Thomas Ray [Doc. No. 25] has been received. After careful review of the record, the recommendation is adopted. The commissioner's decision is affirmed, and Valenzuela's complaint is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE