IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SOFIA E. GALVAN DE VALENZUELA**                      **PLAINTIFF**

v.            **Case No. 3:19-cv-00314-BSM**

**ANDREW SAUL, Commissioner**
**of Social Security Administration**                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, Valenzuela's complaint is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE